**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

v.          Case No. 4:13-cr-00226-001 KGB

**RAUL TORRES**                                                           **DEFENDANT**

## ORDER

      Before the Court are defendant Raul Torres's motion and second motion to be declared indigent for purposes of hiring an interpreter (Dkt. Nos. 28, 31). The second motion is supported by an affidavit of indigency. The government has responded and does not oppose Mr. Torres's request (Dkt. No. 32). Although Mr. Torres has retained counsel and is not seeking the appointment of counsel, he no longer has the funds to pay for an interpreter to assist him and his counsel in this matter. For good cause shown, the Court grants the motions (Dkt. Nos. 28, 31). Pursuant to the Criminal Justice Act Plan adopted by this district, the Court will compensate a qualified interpreter, who is approved in this district, to assist Mr. Torres and his counsel in this matter.

      SO ORDERED this the 7th day of July, 2015.

                                                         _____
                                                         Kristine G. Baker
                                                         United States District Judge